**ROY C. WHAYNE SUPPLY CO.**

v.

**MIEHER'S ADM'X et al.**

Court of Appeals of Kentucky.

March 26, 1954.

Stites, Wood, Helm & Taylor, Louisville, for appellants.

Gordon & Gordon & Mills, Madisonville, for appellees.

PER CURIAM.

Motion for an appeal from the Hopkins Circuit Court, Honorable H. F. S. Bailey, Judge.

The motion for an appeal is from so much of a judgment entered in a suit to settle an insolvent estate as charges the appellant, a secured creditor, with a proportionate part of taxes, costs of sale of all the property, and the administration of the estate. The amount is approximately $1,500. The appellant participated as one of numerous parties in the complicated proceedings as a whole. It appears that the charges are fair and equitable in the circumstances.

The motion for an appeal is overruled, and the judgment stands affirmed.